**NOT FOR PUBLICATION**

OCT 01 2013

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHUIQUAN CHEN, | No. 12-73369 |
| Petitioner, | Agency No. A089-781-073 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 24, 2013[**]

Before:    RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Shuiquan Chen, a native and citizen of China, petitions pro se for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's denial of his motion to reopen proceedings held in absentia.

We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

denial of a motion to reopen, *Avagyan v. Holder*, 646 F.3d 672, 674 (9th Cir. 2011), and we deny the petition for review.

The agency acted within its discretion in denying Chen's motion to reopen for failure to present sufficient evidence to establish that his failure to appear was because of exceptional circumstances. *See* 8 C.F.R. § 1003.23(b)(4)(ii); *Celis-Castellano v. Ashcroft*, 298 F.3d 888, 892 (9th Cir. 2002).

**PETITION FOR REVIEW DENIED.**